The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANET SEGLE,<br><br>            Plaintiff,<br><br>    v.<br><br>PNC MORTGAGE, a division of PNC Bank, National Association,<br><br>            Defendant. | No. C10-5655 RJB<br><br>PNC BANK'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

     PNC Mortgage, a division of PNC Bank, National Association ("PNC Bank") does not oppose Plaintiff's Motion to Leave to File Amended Complaint [Dkt. 13]. PNC Bank has not yet responded to Plaintiff's original complaint.

     DATED this 16th day of December, 2010.

                                    Davis Wright Tremaine LLP
                                    Attorneys for Defendant PNC Mortgage, a
                                    division of PNC Bank, National Association

                                By */s/ Matthew Sullivan*
                                    Jonathan M. Lloyd, WSBA #37413
                                    Matthew Sullivan, WSBA #40873
                                    1201 Third Avenue, Suite 2200
                                    Seattle, Washington  98101-3045
                                    Telephone: (206) 622-3150
                                    Fax: (206) 757-7700
                                    E-mail: jonathanlloyd@dwt.com
                                                  matthewsullivan@dwt.com

PNC BANK'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE
TO AMEND (C10-5655 RJB) — 1
DWT 16100769v1 0091657-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Janet Segle:  seglej@gmail.com; jsegle@olypen.com

Dated this 16th day of December, 2010.

    Davis Wright Tremaine LLP
    Attorneys for Defendant PNC Mortgage

By  */s/ Matthew Sullivan*
    Jonathan M. Lloyd, WSBA #37413
    Matthew Sullivan, WSBA #40873
    Suite 2200, 1201 Third Avenue
    Seattle, Washington  98101-3045
    Telephone: (206) 757-8257
    Fax: (206) 757-7257
    E-mail: jonathanlloyd@dwt.com
    E-mail: matthewsullivan@dwt.com

PNC BANK'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND (C10-5655 RJB) — 2
DWT 16100769v1 0091657-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700