1.)    Seeks a declaration that the title to the subject property is vested in Plaintiff alone and that Defendant(s) herein and each of them, be declared to have no estate, right, title or interest in the subject property and that said Defendant(s) each of them, be forever enjoined from asserting any estate, right, title or interest in the subject property adverse to Plaintiff herein.

2.)    Seeks an order compelling said Defendant(s) and each of them to transfer legal title of the subject property to Plaintiff herein

3.)    Any such other relief the court may deem proper.

I, Janet Segle do affirm under penalty of perjury that the forecasted is true, correct and not meant to be misleading.

Respectfully Submitted,

*Janet Segle* (signature)

Janet Segle
203 Some Day Way
Sequim, WA 98382
seglej@gmail.com