1 | State of Washington

2 | ss

3 | County of Clallam

4 | On this 18 Day of January 2011, The above signed, Janet Segle, the living flesh and blood woman, did appear before me, a notary public, in and for the state, who personally known by me or upon proper oath and identification, affirm her signature and the contents herein to be true, correct, complete, to the best of her knowledge and or belief and not meant to be misleading.

*[signature]*

Jonathan K Kacirk
Exp: Nov 6, 2013

*[Notary Seal: JONATHAN K KACIRK, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES NOVEMBER 6, 2013]*

Plaintiff First Amended Complaint - 13