# CERTIFICATE OF SERVICE

**State of Washington** )

) sworn and subscribed

**County of Clallam** )

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

I, Janet Segle as woman, having first-hand knowledge of the facts stated herein, do attest under penalty of perjury, freely and willingly, that the following facts are true, correct and complete to the best of my belief and understanding and are not meant to be misleading.

On January 18, 2011 I, Janet Segle did cause to be served via USPS Certified Mail the following Documents:

1. Verified Amended Complaint
2. Certificate of Service
3. Exhibits;
    A. Report from the Attorney General of the state of Florida
    B. Case Law in Support
    C. QWR with proof of mailing
    D. Notice of Right to Cancel with proof of mailing

1 PNC Mortgage/Bank Corporate Designees
  PO Box 1820
  Dayton, OH 45401-1820
  USPS certified Mail # 7010 0780 0000 1777 1615

Plaintiff First Amended Complaint - 14