2. National City Mortgage Corporate Designees

3232 Newmark Drive

Miamisburg, OH 45342

USPS Certified Mail# 7007 3020 0001 7714 3316

3. National City Mortgage Corporate Designees

PO Box 54828

Los Angeles, CA 90054-0828

USPS Certified Mail # 7007 3020 0001 7714 3323

6. Davis Wright Tremanie LLP

Matt Sullivan or Corporate Designees

1201 Third Avenue

Suite 2200

Seattle, WA 98101-3045

**THIS COPY WAS SENT VIA E-MAIL**

7. E-filed with United States District Court Western District of Washington

### Acknowledgement

State of Washington

County of Clallam

The foregoing instruments was acknowledged before me this 18th date of

January, _____ 2011, by Janet Segle

NOTARY PUBLIC Print Name: Jonathan K Kacirk

MY Commission Expires: Nov 6, 2013

Plaintiff First Amended Complaint – 15