The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANET SEGLE, | No. C10-5655 RJB |
| Plaintiff, | |
| v. | CORPORATE DISCLOSURE STATEMENT OF PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION |
| PNC MORTGAGE, a division of PNC Bank, National Association, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant PNC Mortgage, a division of PNC Bank, National Association, hereby certifies as follows:

PNC Mortgage is a division of PNC Bank, National Association.

PNC Bank, National Association is a national bank and a wholly-owned subsidiary of PNC Bancorp, Inc.

PNC Bancorp, Inc. is a wholly-owned subsidiary of The PNC Financial Services Group, Inc., which is a publicly-traded entity.

No person or entity has a 10% or greater interest in The PNC Financial Services Group, Inc.

CORPORATE DISCLOSURE STATEMENT (C10-5655 RJB) — 1
DWT 16370638v1 0091657-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    DATED this 20th day of January, 2011.

2                                           Davis Wright Tremaine LLP
                                            Attorneys for Defendant PNC Mortgage, a
3                                           division of PNC Bank, National Association

4
                                            By  */s/ Matthew Sullivan*
5                                               Jonathan M. Lloyd, WSBA #37413
                                                Matthew Sullivan, WSBA #40873
6                                               1201 Third Avenue, Suite 2200
                                                Seattle, Washington  98101-3045
7                                               Telephone: (206) 622-3150
                                                Fax: (206) 757-7700
8                                               E-mail: jonathanlloyd@dwt.com
                                                            matthewsullivan@dwt.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CORPORATE DISCLOSURE STATEMENT (C10-5655 RJB) — 2
**DWT 16370638v1 0091657-000005**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Janet Segle:  seglej@gmail.com

Dated this 20th day of January, 2011.

Davis Wright Tremaine LLP
Attorneys for Defendant PNC Mortgage


By  */s/ Matthew Sullivan*
    Jonathan M. Lloyd, WSBA #37413
    Matthew Sullivan, WSBA #40873
    Suite 2200, 1201 Third Avenue
    Seattle, Washington  98101-3045
    Telephone: (206) 757-8257
    Fax: (206) 757-7257
    E-mail: jonathanlloyd@dwt.com
    E-mail: matthewsullivan@dwt.com

CORPORATE DISCLOSURE STATEMENT (C10-5655 RJB) — 3
**DWT 16370638v1 0091657-000005**

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700