UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANET SEGLE,<br><br>               Plaintiff,<br><br>   v.<br><br>PNC MORTGAGE, a division of PNC Bank National Association,<br><br>               Defendant. | CASE NO. C10-5655RJB<br><br>**ORDER ON PLAINTIFF'S MOTION FOR JOINDER OF NECESSARY PARTIES** |

This matter comes before the Court on Plaintiff's Motion for Joinder of Necessary Parties. Dkt. 22. The Court has considered the pleadings filed in support of and in opposition to the motions and the file herein.

On January 25, 2011, Plaintiff filed her second Motion for Joinder of Necessary Parties. Dkt. 22. Plaintiff failed to attach a Certificate of Service. The motion was noted for consideration for January 25, 2011. Dkt. 22.

Pursuant to Western District of Washington Local Rule of Civil Procedure 7(d)(3), "nondispositive motions . . . shall be noted for consideration no earlier than the third Friday after filing and service of the motion." This motion should be stricken as there is no evidence that it has been served on the opposing parties, and was not noted in accord with Local Rule 7(d)(3). Plaintiff has already had motions renoted for her by the Court in order to comply with Local

ORDER
Page 1

Rule 7(d)(3). Dkt. 16. Plaintiff's motion should be stricken, to be refiled, if she so wishes, in accord with the Local Rules.

Therefore, it is hereby, **ORDERED** that:

• Plaintiff's Motion for Joinder of Necessary Parties (Dkt. 22) **IS STRICKEN**.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 4th day of February, 2011.

Robert J Bryan
United States District Judge

ORDER
Page 2