The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANET SEGLE,<br><br>              Plaintiff,<br><br>v.<br><br>PNC MORTGAGE, a division of PNC Bank, National Association,<br><br>              Defendant. | No. C10-5655 RJB<br><br>PNC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS<br><br>***Note on Motion Calendar:***<br>February 25, 2011 |

PNC Mortgage, a division of PNC Bank ("PNC") files this reply in support of its Motion to Dismiss. [Dkt. 23]. The deadline for Plaintiff to file opposition papers to PNC's Motion to Dismiss was Tuesday, February 22, 2011. *See* Local Rule W.D. Wash. 7(d)(3). Plaintiff did not file opposition papers by February 22, and, in fact, has not filed any response to PNC's Motion at all. The Court should view Plaintiff's failure to file papers in opposition to PNC's Motion as an admission that the Motion has merit and should dismiss Plaintiff's claims. *See* Local Rules W.D. Wash. 7(b)(2); *see also Tillett v. City of Bremerton*, 2011 WL 9353, *11 (W.D. Wash. Jan. 3, 2011) (Bryan, J.).

The Court already afforded Plaintiff an opportunity to amend her Complaint to state a plausible claim. Plaintiffs' First Amended Complaint failed to set forth a single plausible cause of action against PNC. Plaintiff's "failure to cure [her pleading's] deficiencies by amendments previously allowed" counsels in favor of dismissing her claims with prejudice.

PNC'S REPLY (C10-5655 RJB) — 1
DWT 16624850v1 0091657-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  *Hunt Skansie Land, LLC v. City of Gig Harbor*, 2010 WL 2650502, *2 (W.D. Wash. July 1,
2  2010) (quoting *Forman v. Davis*, 371 U.S. 178, 182 (1962)).  The Court should also dismiss
3  this matter with prejudice because amendment would be futile.  *See Swartz v. KPMG, LLP*,
4  476 F.3d 756, 761 (9th Cir. 2007).

5      For these reasons and the reasons set forth in PNC's Motion, PNC respectfully
6  requests the Court to dismiss Plaintiff's claims with prejudice and enter judgment in its favor.

7      DATED this 25th day of February, 2011.

        Davis Wright Tremaine LLP
        Attorneys for Defendant PNC Mortgage, a
        division of PNC Bank, National Association

        By */s/ Jonathan M. Lloyd*
           Jonathan M. Lloyd, WSBA #37413
           Matthew Sullivan, WSBA #40873
           1201 Third Avenue, Suite 2200
           Seattle, Washington  98101-3045
           Telephone: (206) 622-3150
           Fax: (206) 757-7700
           E-mail:  jonathanlloyd@dwt.com
                    matthewsullivan@dwt.com

PNC'S REPLY (C10-5655 RJB) — 2
DWT 16624850v1 0091657-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Janet Segle:          seglej@gmail.com; jsegal@olypen.com
    Joshua Schaer:      jschaer@rcolegal.com; tkwong@rcolegal.com

Dated this 25th day of February, 2011.

                                      Davis Wright Tremaine LLP
                                      Attorneys for Defendant PNC Mortgage

                                      By */s/ Jonathan M. Lloyd*
                                      Jonathan M. Lloyd, WSBA #37413
                                      Matthew Sullivan, WSBA #40873
                                      Suite 2200, 1201 Third Avenue
                                      Seattle, Washington  98101-3045
                                      Telephone: (206) 757-8257
                                      Fax: (206) 757-7257
                                      E-mail: jonathanlloyd@dwt.com
                                      E-mail: matthewsullivan@dwt.com

PNC'S REPLY (C10-5655 RJB) — 3
DWT 16624850v1 0091657-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700