# United States District Court

WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| JANET SEGLE, | JUDGMENT IN A CIVIL CASE |
| v. |  |
| PNC MORTGAGE, a division of PNC Bank, NATIONAL ASSOCIATION, sbn, NATIONAL CITY MORTGAGE, NORTHWEST TRUSTEE SERVICE INC. | CASE NUMBER: C10-5655RJB |

Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

> THE COURT HAS ORDERED that PNC's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6) (Dkt 23), joined by Northwest Trustee Service Inc. (Dkt 26) is GRANTED; Northwest Trustee Service Inc.'s Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(5) (Dkt 26) is GRANTED; Plaintiff's motion for leave to file a second amended complaint (Dkt 30) is DENIED because amendment of the Amended Complaint would be futile; this case is DISMISSED.

|  |  |
|---|---|
| March 29, 2011 | WILLIAM M. McCOOL<br>Clerk |
|  | /s/ Dara L. Kaleel<br>By Dara L. Kaleel, Deputy Clerk |